# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND
### NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-3976
EMAIL: Andrew_Szekely@fd.org

JAMES WYDA
FEDERAL PUBLIC DEFENDER

ANDREW SZEKELY
SUPERVISORY ASSISTANT FEDERAL PUBLIC DEFENDER

July 11, 2025

The Honorable James K. Bredar
Senior United States District Judge
United States District Court
 for the District of Maryland
101 W. Lombard Street
Baltimore, MD 21201
Via CM/ECF

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

12:35 pm, Aug 07 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___R.C.___ Deputy

Re: *United States v. Antoine Turner*, JKB-24-0003, JKB-14-343
Notice of Intent to Plead Guilty Pursuant to FRCP Rule 11 and Intent to Admit Pending Violation of Supervise Release

Dear Judge Bredar:

Mr. Antoine Turner wishes to enter a plea of guilty, in case number JKB-24-0003, to the sole count of the Indictment, which charges him with possession with intent to distribute a mixture or substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841. Mr. Turner also intends to admit that his guilty plea in the 2024 case is a violation of his supervised release in the 2014 case. Because the parties have not entered into a plea agreement, this letter is meant to memorialize the factual basis for the plea and assist the Court in the Rule 11 colloquy.

### Offense of Conviction

1. Mr. Turner will plead guilty to Count One of the Indictment, ECF No. 1, which charges him with possession with intent to distribute a mixture or substance containing a detectable amount of cocaine, in violation of 21 U.S.C. § 841.
2. Mr. Turner will also admit to both pending violations in the supervised release petition.

### Elements of the Offense

3. The elements of the offense to which Mr. Turner will plead guilty are as follows:

That on or about the time alleged in the indictment, in the District of Maryland and elsewhere:

July 11, 2025
Page 2
*United States v. Antoine Turner*, JKB-24-0003

    a. Mr. Turner possessed a mixture or substance containing a detectable amount of cocaine;

    b. Mr. Turner knowingly possessed the cocaine;

    c. Mr. Turner possessed the cocaine with the intent to distribute it.

**Penalties**

4. The maximum sentence provided by statute for the offense to which Mr. Turner will plead guilty is as follows: 20 years' imprisonment, a fine of $1,000,000, and at least ~~four~~ three years' supervised release. Mr. Turner understands that he must pay a $100 special assessment, pursuant to 18 U.S.C. § 3013.

5. The maximum sentence provide by statute for the supervised release violation is as follows: 2 years' incarceration and a 36-month term of supervised release, minus the term of imprisonment imposed.

**Sentencing Guidelines Apply**

6. Mr. Turner understands that a sentencing guidelines range for this case (henceforth the "advisory guidelines range") will be determined by the Court, pursuant to the Sentencing Reform Act of 1984 at 18 U.S.C. §§ 3551-3742 (excepting 18 U.S.C. §§ 3553(b)(1) and 3742(e)) and 28 U.S.C. §§ 991-998. Mr. Turner further understands that the Court will impose a sentence pursuant to the Sentencing Reform Act, as excised, and must consider the advisory guidelines range in establishing a reasonable sentence.

[handwritten margin notes: 29/VI  155-188]

**Factual Statement**

7. Mr. Turner agrees that, if case were to proceed to trial, the Government would prove beyond a reasonable doubt the following facts:

8. On September 5, 2023, at around 5:00 p.m., officers with the Baltimore Police Department began observing the 1200 block of West Ostend Street via a CitiWatch surveillance camera positioned in the area. An officer recognized the Defendant, Antoine Turner, seated in a chair on the sidewalk in front of 1219 West Ostend Street. Over the next approximately thirty minutes, an officer observed Mr. Turner engage in approximately seven hand-to-hand drug transaction where buyers would hand Mr. Turner U.S. currency, Mr. Turner would walk into an alley next to 1221 West Ostend Street, retrieve plastic jugs of cocaine base from a stash in the alley, exit the alley, and hand the product to the buyers.

9. Officers stopped two of Mr. Turner's buyers. One had already ingested the drugs he purchased from Mr. Turner. The other produced a pink plastic jug of cocaine base purchased from Mr. Turner. Officers then arrested Mr. Turner and recovered $602.00

July 11, 2025
Page 3
*United States v. Antoine Turner*, JKB-24-0003

    from his person and his stash of drugs from the alley containing 25 blue plastic jugs of cocaine base and 21 pink plastic jugs of cocaine base.

10. Mr. Turner admits that he possessed the recovered cocaine with the intent to distribute. The cocaine was tested and confirmed to be cocaine. All the above-described events took place in the District of Maryland.

I, Antoine Turner, have carefully reviewed the contents of this letter with my attorney. I understand it. I voluntarily agree to it, and I do not wish to change any part of it.

_7-11-25_                       _Antoine M. Turner_
Date                       Antoine Turner, Defendant

I have carefully reviewed the contents of this letter with Mr. Turner. To my knowledge, his decision to plead guilty is informed and voluntary.

_7/11/2025_                 _[signature]_
Date                   Andrew R. Szekely, Assistant Federal Public Defender

cc:      James Hammond, Assistant United States Attorney